Maryland, Baltimore, Maryland, for Appellees.

Before LUTTIG, TRAXLER, and GREGORY, Circuit Judges.

PER CURIAM.

Calvin Pressley appeals the district court's order granting the Defendants' motion to dismiss and denying relief on his 42 U.S.C.A. § 1983 (West Supp.2001) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Pressley v. Floyd*, No. CA–00–2811–L (D.Md. May 25, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*

Shonda Rolanda Jackson, Pro Se.

Before LUTTIG, TRAXLER, and GREGORY, Circuit Judges.

PER CURIAM.

Shonda Rolanda Jackson seeks to appeal the district court's order denying her motion filed under 28 U.S.C.A. § 2255 (West Supp.2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *United States v. Jackson*, Nos. CR–99–74; CA–01–112–1 (W.D.N.C. filed June 20, 2001; entered June 21, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*

**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Shonda Rolanda JACKSON,**
**Defendant–Appellant.**

No. 01–7224.

United States Court of Appeals,
Fourth Circuit.

Submitted Dec. 20, 2001.

Decided Dec. 28, 2001.

**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Tony EDGE, Defendant–Appellant.**

No. 01–7230.

United States Court of Appeals,
Fourth Circuit.

Submitted Dec. 20, 2001.

Decided Dec. 28, 2001.